| | | | |
|---|---|---|---|
| State v. Mitchell† | 2016AP000816 CR | 05–02–2017 | Affirmed |
| Russ v. Gotz | 2016AP000861 | 05–02–2017 | Affirmed/ reversed/ remanded |
| McBride v. City of Watertown† | 2016AP000876 | 05–18–2017 | Affirmed |
| State v. Fowler† | 2016AP000881 CR | 05–18–2017 | Affirmed |
| State v. Koellen | 2016AP000910 | 05–18–2017 | Affirmed |
| State v. Schneider | 2016AP000934 CR | 05–04–2017 | Affirmed |
| R. B. O. v. Knutson† | 2016AP000952 | 05–18–2017 | Reversed and remanded |
| State v. Gibson | 2016AP001003 CR | 05–02–2017 | Affirmed |
| State v. Reed† | 2016AP001008 | 05–31–2017 | Affirmed |
| State v. Ecker | 2016AP001018 CR | 05–24–2017 | Affirmed |
| State v. Jacob† | 2016AP001020 CR | 05–24–2017 | Affirmed |
| State v. Andrews† | 2016AP001027 CR through 2016AP001029 CR | 05–16–2017 | Affirmed |
| State v. Hill | 2016AP001088 CR through 2016AP001091 CR | 05–04–2017 | Affirmed |
| Society Insurance, IDF, LLC v. City of West Bend | 2016AP001106 | 05–31–2017 | Affirmed |
| State v. Adams | 2016AP001149 | 05–31–2017 | Affirmed |
| State v. Wilke | 2016AP001171 CR | 05–18–2017 | Affirmed |
| Wittmann v. Consolidated Lumber Co. | 2016AP001228 | 05–31–2017 | Affirmed |
| State v. Napiwocki | 2016AP001264 CR | 05–04–2017 | Affirmed |
| State v. Santiago | 2016AP001267 | 05–03–2017 | Affirmed/ reversed/ remanded |
| Country World Media Group, Inc v. Erie Ins. Co.† | 2016AP001343 | 05–02–2017 | Reversed and remanded |
| State v. Sanders† | 2016AP001414 CR, 2016AP001415 CR | 05–16–2017 | Affirmed |

† Petition to review filed.